UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONALISA JOHNSON-CRADLE, On Behalf of Herself and All Others Similarly Situated,

        Plaintiff,

-v-

KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 1052 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the October 13, 2022 case management plan entered by the Honorable Paul G. Gardephe, Defendants' answer to the Complaint was due by October 19, 2022. (ECF No. 28 ¶ 14). To date, Defendants have not filed their answer nor requested an extension of time do so. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs Defendants to file their answer by **October 28, 2022**.

Dated:    New York, New York
            October 24, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**