UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONALISA JOHNSON-CRADLE, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.: 22 Civ. 1052 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Plaintiff's request (ECF No. 32) for a one-week extension of time to file her motion for conditional class certification (the "Motion") is GRANTED, and the Court orders as follows:

1. By **November 10, 2022**, Plaintiff shall file the Motion;

2. By **November 28, 2022**, Defendants shall file their opposition to the Motion; and

3. By **December 5, 2022**, Plaintiff shall file her reply, if any.

The Clerk of Court is respectfully directed to close ECF No. 32.

Dated:　　New York, New York
　　　　　November 3, 2022

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**