UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONALISA JOHNSON-CRADLE, on behalf of herself and all others similarly situated,

                      Plaintiff,

-v-

KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,

                      Defendants.

CIVIL ACTION NO.: 22 Civ. 1052 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On April 26, 2023, the Court conditionally certified this action as a collective action comprised of security guards who worked for Defendant KPS Affiliates Inc. at 1055 University Avenue, Bronx, New York 10452 from February 7, 2019 to the present (the "Collective"). (ECF No. 53 (the "O&O")). The Court directed the parties to meet and confer regarding the Court-ordered changes to the proposed notice to potential Collective members, and to submit a revised notice for the Court's review by May 10, 2023. (Id. at 21). On May 10, 2023, Plaintiff filed the "Parties' proposed Notice of Pendency." (ECF No. 54 (the "Proposed Notice")). On May 11, 2023, the Court directed Defendants to file a letter confirming their non-objection to the Proposed Notice by May 15, 2023. (ECF No. 55 (the "May 11 Order")). To date, Defendants have not responded to the May 11 Order. The Court construes Defendants' silence as their non-objection. Accordingly, the Proposed Notice is APPROVED. Plaintiff is authorized to send the Proposed Notice to all potential members of the Collective, as outlined in the O&O.

Dated:     New York, New York
          May 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**