UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONALISA JOHNSON-CRADLE, on behalf of herself and all others similarly situated,

                        Plaintiff,

-v-

KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,

                        Defendants.

CIVIL ACTION NO.: 22 Civ. 1052 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On April 26, 2023, the Court directed the parties to "meet and confer and, by June 2, 2023, file a joint letter (the 'Letter') proposing a schedule for the completion of any remaining discovery." (ECF No. 53 at 22). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extend this deadline, and directs the parties to file the Letter by **June 7, 2023**.

Dated:     New York, New York
              June 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**