UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONALISA JOHNSON-CRADLE, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1052 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

By **November 1, 2023**, the parties shall file a joint letter (the "Letter') reporting on the status of discovery. The telephone conference scheduled for November 1, 2023 is ADJOURNED sine die pending the Court's review of the Letter.

Dated:      New York, New York
             October 25, 2023

SO ORDERED.

_/s/ Sarah Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**