UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONALISA JOHNSON-CRADLE, on behalf of herself and all others similarly situated,

Plaintiffs,

-v-

KPS AFFILIATES INC., PPB INC., and TERRY ENGLISH,

Defendants.

CIVIL ACTION NO.: 22 Civ. 1052 (AS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On March 22, 2024, at the parties' request, the Court extended until April 4, 2024 the parties' deadline to file a joint letter-motion (the "Letter-Motion") addressing whether their settlement is fair and reasonable under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (ECF No. 78). The parties failed, however, to file the Letter-Motion by the Court-ordered deadline or to request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter-Motion for the attention of the Honorable Arun Subramanian by **April 9, 2024**.

Dated:   New York, New York
         April 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**