UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MONALISA JOHNSON-CRADLE On Behalf of
Herself and All Others Similarly Situated,   Case No.: 22-cv-01052-PGG-SLC

                      Plaintiffs,

   -vs.-

KPS AFFILIATES INC., PPB INC. d/b/a PRIME
PROTECTIVE BUREAU, and TERRY ENGLISH,

                     Defendants.
------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs MONALISA JOHNSON-CRADLE, REINA DAWKINS-KEBE, ABIGAIL BENNETT, SHANNON STURGES, SHARON MORGAN, KHALIL ABUBAKAR, PABLO HUAYTA, NALIAKA MOORE, and OSCAR CHAVEZ hereby accept and provide notice that they accept Defendants' Offer of Judgment to Plaintiff, dated April 30, 2024, attached hereto as Exhibit 1.

Dated: April 30, 2024

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

By: Amit Kumar, Esq.
*Attorneys for Plaintiffs*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
AKumar@CafaroEsq.com