UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MONALISA JOHNSON-CRADLE On Behalf of
Herself and All Others Similarly Situated,   Case No.: 22-cv-01052

                    Plaintiffs,

   -vs.-

KPS AFFILIATES INC., PPB INC. d/b/a PRIME
PROTECTIVE BUREAU, and TERRY ENGLISH,

                    Defendants.
------------------------------------------------------------------X

## JUDGMENT

WHEREAS, Plaintiff Monalisa Johnson-Cradle filed a complaint against Defendants KPS AFFILIATES INC., PPB INC. d/b/a PRIME PROTECTIVE BUREAU, and TERRY ENGLISH, on February 7, 2022, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS, Reina Dawkins-Kebe opted into this action on June 5, 2023

WHEREAS, Abigail Bennett opted into this action on June 6, 2023

WHEREAS, Plaintiff Shannon Strurges opted into this action on June 8, 2023

WHEREAS, Plaintiff Sharon Morgan opted into this action on June 8, 2023;

WHEREAS, Khalil Abubakar opted into this action on July 5, 2023;

WHEREAS, Pablo Nanacchuari Huayta opted into this action on July 15, 2023;

WHEREAS, Naliaka Alisha Moore opted into this action on July 27, 2023;

WHEREAS, Oscar Chavez opted into this action on July 31, 2023;

WHEREAS, Defendants made an offer of judgment pursuant to Federal Rule of Civil Procedure 68, on April 30, 2024;

WHEREAS, the Plaintiffs accepted the offer of judgment and filed a notice of the acceptance on April 30, 2024;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendants KPS AFFILIATES INC., PPB INC. d/b/a PRIME PROTECTIVE BUREAU, and TERRY ENGLISH, jointly and severally as follows:

(a) MONALISA JOHNSON-CRADLE in the amount of $89.80;

(b) REINA DAWKINS-KEBE in the amount of $62;

(c) ABIGAIL BENNETT in the amount of $155;

(d) SHANNON STURGES in the amount of $77.50;

(e) SHARON MORGAN in the amount of $267.37;

(f) KHALIL ABUBAKAR in the amount of $449.50

(g) PABLO HUAYTA in the amount of $767.25;

(h) NALIAKA MOORE in the amount of $341.00;

(i) OSCAR CHAVEZ in the amount of $201.50; and

(j) the Law Offices of William Cafaro in the amount of $1,000.00

The Clerk of Court is directed to close the case.

Dated: New York, New York
May 1, 2024

_____
United States District Judge